# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:08cr259-9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| GABRIEL NEAL. ) | |

**THIS MATTER** is before the Court on a letter from the Defendant [Doc. 204].

In the letter, the Defendant expresses frustration with his attorney; however, the complaints are actually related to the seriousness of the charges against him. As recently as November 12, 2009, the Defendant received a status of counsel hearing during which issues with counsel were explored. As a result of that hearing, his attorney's motion to withdraw was denied. The Court finds nothing in the letter which warrants another hearing.

Moreover, it is improper for the Defendant to communicate directly with the Court. If the Defendant has a need to present an issue to the

Court, he must do so through his attorney. The Clerk of Court is instructed not to file any future *pro se* pleadings absent direction from the Court.

**IT IS, THEREFORE, ORDERED** that the Defendant's handwritten letter to the Court is hereby **STRICKEN.**

The Clerk of Court is instructed that no future *pro se* pleadings from the Defendant shall be filed absent instructions from the Court.

Signed: December 10, 2009

Martin Reidinger
United States District Judge